FILED
JUL 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHNNY RAY CHANDLER, SR. )
6015 8th Street, N.W. )
Washington, D.C. 20011 )
                                    )
        Plaintiff, )                Civil Action No.: 06-_____
                                    )
    v.                              )
                                    )
MR. MATTHEW KIELY, )
Court Services & Offender Supervision )
Agency                              
300 Indiana Avenue, N.W.            CASE NUMBER 1:06CV01314
Washington, D.C. 20001              
                                    JUDGE: Paul L. Friedman

MR. GREGORY CAMPOS, CSO,            DECK TYPE: Pro se General Civil
Court Services & Offender Supervision
Agency                              DATE STAMP: 07/25/2006
200 Indiana Avenue, NW              )
Washington, D.C. 20001              )
                                    )
        Defendants. )
                                    )

**NOTICE OF REMOVAL OF A CIVIL ACTION**

The United States Attorney General, through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), 1446 and 2679(d)(2). In support of that notice, the Attorney General states as follows:

1. Matthew Kiely and Gregory Campos are defendants in the civil action styled <u>Johnny Ray Chandler, Sr. v. Mr. Matthew Kiely and Mr. Gregory Campos</u>, now pending in the Superior Court of the District of Columbia, Civil Action No. 06-0004776.

2. The above-entitled action was filed on or around June 21, 2006, and a copy of the complaint is attached hereto as Exhibit A. The action has not yet proceeded to trial.

1

3. At the time of the incidents alleged in the complaint, defendants Mathew Kiely and Gregory Campos were employees of the Court Services and Offender Supervision Agency for the District of Columbia.[1] Plaintiff's complaint alleges Breach of Contract regarding an alleged stipulation involving the removal of a Global Positioning Satellite Tracking Device (GPS), which is one of the conditions of his parole. Plaintiff brings the suit against the above named defendants in their individual and official capacities. He is currently on parole for Robbery, Armed Robbery and Assault with a Dangerous Weapon. Plaintiff alleges: (1) that the GPS device was supposed to have been removed by June 20, 2006, (2) he was informed that the GPS monitoring was being extended, and (3) he was not given written notice of an extension or any violations that were committed that would warrant an extension. *See* Complaint, Exhibit A.

4. On the basis of the Complaint and other available information, Rudolph Contreras, Chief of the Civil Division, United States Attorney's Office for the District of Columbia, acting pursuant to delegated authority, has certified, pursuant to 28 U.S.C. § 2679(d)(2), that Mr. Keily and Mr. Campos were acting within the scope of their respective offices or employment at the time of the alleged incidents. *See* Ex. B; 28 C.F.R. § 15.4. This certification means that, pursuant to 28 U.S.C. § 2679(d)(1), the United States shall now, as a matter of law and without order of the Court, be substituted for Mr. Kiely and Mr. Campos as defendant in this action with respect to any common law tort claims that plaintiff may be asserting. In addition, the certification means that this action "shall be removed" to District Court, pursuant to 28 U.S.C. § 2679(d)(2).

---

[1] As of the date of filing of this motion, Mr. Keily and Mr. Campos remain employed by CSOSA.

2

5. Plaintiff's claims are ones for which the District Court has original jurisdiction, because the suit is against officials of the United States government, for actions allegedly taken while acting within the scope of their office or employment, and therefore removal is also authorized by 28 U.S.C. § 1441(a).

6. Furthermore, plaintiff's complaint alleges that his causes of action are brought against Mr. Kiely and Mr. Campos in their individual and official capacities for damages. However, because defendants are officers of an agency of the United States and were acting under color of their respective offices, 28 U.S.C. § 1442(a)(1) provides another statutory basis for removal of this action.

WHEREFORE, this action, now pending in the Superior Court of the District of Columbia, is properly removed to this Court pursuant to 28 U.S.C. §§ 1441, 1442 (a)(1), 1446, and 2679(d).

July 25, 2006

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH CONTREAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W, Room E4208
Washington, D.C. 20530
(202) 305-4851

3

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MATTHEW KIELY )<br>GREGORY CAMPOS, )<br>)<br>Defendants. ) | Civil Action No.: 06-_____ |

**NOTICE OF FILING OF NOTICE OF REMOVAL OF A CIVIL ACTION**

PLEASE TAKE NOTE that on July 25, 2006, the United States filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal in the above captioned civil action, pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), 1446(a) and 2679(d)(2). Accordingly, the **Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded."** See 28 U.S.C. § 1446(d). A copy of the Notice of Removal (with attachments) is attached hereto.

July 25, 2006

Respectfully submitted,

_/s/ Kenneth L. Wainstein_
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_/s/ Rudolph Contreras_
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_/s/ Mercedeh Momeni_
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W, Room E4208
Washington, D.C. 20530
(202) 305-4851

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY I caused copies of the foregoing Notice of Removal of a Civil Action, Westfall Certification, and Notice of Filing of Notice of Removal of a Civil Action to be served by first class mail upon *pro se* plaintiff at:

>Johnny Ray Chandler, Sr.
>6015 8th Street, N.W.
>Washington, DC 20011

and upon:

>Matthew Kiely
>Gregory Campos
>633 Indiana Avenue, N.W.
>12th Floor
>Washington, DC 20004

on this 25th day of July 2006.

>_____
>MERCEDEH MOMENI
>Assistant United States Attorney
>555 4th St. NW
>Washington, DC 20530
>(202) 305-4851
>mercedeh.momeni@usdoj.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 06-_____ |
| ) | |
| v. ) | |
| ) | |
| MATTHEW KIELY ) | |
| GREGORY CAMPOS, ) | |
| ) | |
| Defendants. ) | |

**WESTFALL CERTIFICATION**

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in Johnny R. Chandler, Sr. v. Matthew Kiely and Gregory Campos, now pending in the Superior Court of the District of Columbia, Civil Division, Civil Action No. 2006 CA 0004776 (filed June 21, 2006), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that defendants Matthew Kiely and Gregory Compas were acting within the scope of their employment as employees of the United States at the time of the alleged incident.

July 21, 2006

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney
Chief, Civil Division