## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

Johnny Ray Chandler, Sr.
6015 8th Street, N.W.
Washington, D.C. 20011

*Plaintiff*

vs.

Mr. Matthew Kiely
Court Services & Offender Supervision
300 Indiana Avenue, N.W.
Washington, D.C. 20001

AND

Mr. Gregory Campos, CSO
Court Services & Offender Supervision
300 Indiana Ave., N.W.
Washington, D.C. 20001

*Defendants*

CIVIL ACTION NO. _____

RECEIVED Civil Clerk's Office JUN 21 Superior Court of the District of Columbia Washington, D.C.

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

This Claim / Complaint is against Mr. Gregory Campos and his immediaTE supervisor, Mr. Matthew Kiely. Both of which are employed by CSOSA (Court Services & Offender Supervision Agency). Which is a Subsidary Agency of the District Of Columbia.
Here in this Claim. Both Defendants, (Kiely and Campos) are being sued in their individual and Official capacity. For BREACH OF CONTRACT. I, am presently on Parole and my Parole is being Supervised by CSOSA. On April 21, 200[6]. I was for no apparent reason and without Probable Cause. Put on a G.P.S. (Global Positioning Satellite) Tracking Device. Then on ~~June~~ May 31, 2006 I was put on still another G.P.S. Device. I, was given a Contractual Agreement to

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ __50,000.00 per D__ with interest and costs.      Defendant

CONTINUED ON THE NEXT PAGE          Phone: (202)723-8885

DISTRICT OF COLUMBIA, SS

__JOHNNY RAY CHANDLER, Sr._____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

_Johnny Ray Chandler_
(Plaintiff / Agent)

Subscribed and sworn to before me this _____ day of _____, 20___.

06 1314 FILED

JUL 25 2006

(Notary Public/Deputy Clerk)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GOVERNMENT EXHIBIT A

FORM CV-101V Rev. 00

COMPLAINT CONTINUED

Under which I was to adhere to certain written stipulations. In exchange, on June 20, 2006 the G.P.S. Device was suppose to have been removed from my leg, ( SEE EXHIBIT A ). On the effective date of the removal. I, received a phone call from Mr. Gregory Campos. Informing me to report to his Office.. When I arrived. Mr. Campos informed me that the G.P.S. Monitoring was being extended for still another Sixty (60) days. Prior to the June 20, 2006 incident. I was not given any WRITTEN NOTICE of an extention, or any violations that were committed that would warrant an extention.

Wherefore, the Defendants, Matthew Kiely and Mr. Gregory Campos are in malicious BREACH OF CONTRACT by not removing the G.P.S. Device on June 20, 2006 as stipulated in the April 21, 2006 CONTRACT (SEE EXHIBIT A ).

Moreover, in order for a Contract to be a binding agreement. The conditions of said Contract MUST be agreed upon by both parties. Here, in this Complaint. I, was forced into this Contract! !

### RELIEF SOUGHT

As relief in this Complaint / Claim. I, Plaintiff Johnny Ray Chandler, Sr. Respectfully move this Court to ORDER the following relief.

1. Monitary Damages : $ 50,000.00 per Defendant for Malicious BREACH OF CONTRACT

2. Injunctive Relief : This Court ORDER that the Contract be terminated and the G.P.S. Device be IMMEDIATELY REMOVED and it not be reinforced unless there is PROBABLE CAUSE and a Written Order from this Court.

Respectfully Submitted,

Johnny Ray Chandler, Sr
Plaintiff, Pro Se

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Johnny Ray Chandler, Sr.
6015 8th Street, N.W.
Washington, D.C. 20011

　　　　　　　　　*Plaintiff*

vs.　　　　　　　　　　　　　　　　　　Civil Action No. 0004776-06

Mr. Gregory Campos, CSO
　　　　　　　　　*Defendant*
300 Indiana Ave., N.W.
Washington, D.C. 20001
Court Services & Offender Supervision Agency

## SUMMONS

To the above named Defendant:

　　You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

　　You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

　　　　　　　　　　　　　　　　　　　　　　　　*Clerk of the Court*

JOHNNY RAY CHANDLER, Sr.
Name of Plaintiff's Attorney

6015 8th Street, N.W.
Address
Washington, D.C. 20011　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

(202) 723-8885　　　　　　　　　　　　　　Date　JUN 21 2006
Telephone

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Johnny Ray Chandler, Sr.
6015 8th Street, N.W.
Washington, D.C. 20011

*Plaintiff*

vs.

CIVIL ACTION No. _____

Mr. Matthew Kiely
Court Services & Offender Supervision
300 Indiana Avenue, N.W.
Washington, D.C. 20001

AND

Mr. Gregory Campos, CSO
Court Services & Offender Supervision
300 Indiana Ave., N.W.
Washington, D.C. 20001

*Defendants*

**COMPLAINT**

*RECEIVED Civil Clerk's Office JUN 21 Superior Court of the District of Columbia Washington, D.C.*

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

This Claim / Complaint is against Mr. Gregory Campos and his immediate supervisor, Mr. Matthew Kiely. Both of which are employed by CSOSA (Court Services & Offender Supervision Agency). Which is a Subsidary Agency of the District of Columbia.
Here in this Claim. Both Defendants, (Kiely and Campos) are being sued in their individual and Official capacity. For BREACH OF CONTRACT. I, am presently on Parole and my Parole is being Supervised by CSOSA. On April 21, 2006. I was for no apparent reason and without Probable Cause. Put on a G.P.S. (Global Positioning Satellite) Tracking Device. Then on ~~June~~ May 31, 2006 I was put on still another G.P.S. Device. I, was given a Contractual Agreement to

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ __50,000.00 per D__ with interest and costs.                                                              Defendant

CONTINUED ON THE NEXT PAGE

Phone: (202)723-8885

**DISTRICT OF COLUMBIA, ss**

__JOHNNY RAY CHANDLER, Sr._____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

_Johnny Ray Chandler_
(Plaintiff / Agent)

Subscribed and sworn to before me this _____ day of _____ 20 __06__.

_____
(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00

## COMPLAINT CONTINUED

Under which I was to adhere to certain written stipulations. In exchange, on June 20, 2006 the G.P.S. Device was suppose to have been removed from my leg, ( SEE EXHIBIT A ). On the effective date of the removal. I, received a phone call from Mr. Gregory Campos. Informing me to report to his Office.. When I arrived. Mr. Campos informed me that the G.P.S. Monitoring was being extended for still another Sixty (60) days. Prior to the June 20, 2006 incident. I was not given any WRITTEN NOTICE of an extention, or any violations that were committed that would warrant an extention.

Wherefore, the Defendants, Matthew Kiely and Mr. Gregory Campos are in malicious BREACH OF CONTRACT by not removing the G.P.S. Device on June 20, 2006 as stipulated in the April 21, 2006 CONTRACT (SEE EXHIBIT A ).

Moreover, in order for a Contract to be a binding agreement. The conditions of said Contract **MUST** be agreed upon by both parties. Here, in this Complaint. I, was forced into this Contract! !

### RELIEF SOUGHT

As relief in this Complaint / Claim. I, Plaintiff Johnny Ray Chandler, Sr. Respectfully move this Court to ORDER the following relief.

1. Monitary Damages : $ 50,000.00 per Defendant for Malicious BREACH OF CONTRACT

2. Injunctive Relief : This Court ORDER that the Contract be terminated and the G.P.S. Device be IMMEDIATELY REMOVED and it not be reinforced unless there is PROBABLE CAUSE and a Written Order from this Court.

Respectfully Submitted,

Johnny Ray Chandler, Sr
Plaintiff, Pro Se

CA Form 1

# Superior Court of the District of Columbia
CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Johnny Ray Chandler, Sr.
6015 8th Street, N.W.
Washington, D.C. 20011
                          *Plaintiff*

vs.

Civil Action No. 0004776-06

Mr. Gregory Campos, CSO
                         *Defendant*
300 Indiana Ave., N.W.
Washington, D.C. 20001
Court Services & Offender Supervision Agency

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

JOHNNY RAY CHANDLER, Sr.
Name of Plaintiff's Attorney

6015 8th Street, N.W.
Address
Washington, D.C. 20011

(202) 723-8885
Telephone

By _____
           Deputy Clerk

Date JUN 21 2006

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

## SCR CIV FORM 1-A
### Notice and Acknowledgment for Service by Mail
### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

Johnny Ray Chandler, Sr.
_____
            **Plaintiff**

V.

Civil Action Number _____

Mr. Gregory Campos, CSO
_____
            **Defendant**

## NOTICE

To: Name  Mr. Gregory Campos, Court Services & Offender Sup. Agency

Address 300 Indiana Avenue, N.W.

Washington, D.C. 20001

  The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

  You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

  If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

  If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

  This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) _____ .

_____          _____
*Signature*                       *Date of Signature*

### Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) _____

_____     _____     _____
*Signature*                 *Relationship to Defendant/Authority*     *Date of Signature*
                            *To Receive Service of Process*

Form CV(6)-1390/Mar 97

**MEMORANDUM**

TO        : Mr. Gregory Campos, C.S.O.
            Court Services & Offender Supervision Agency
            300 Indiana Avenue, N.W., Rm. 2056
            Washington, D.C. 20001

FROM      : Mr. Nazim Abdul Karriem
            6015 8th Street, N.W.
            Washington, D.C. 20011

SUBJECT   : Request for Appointment

DATE      : June 12, 2006

Dear Mr. Campos,

My name is Nazim Abdul Karriem. I, am the Biological father of your client, Johnny Ray Chandler. I, am writing to you in reference to the Curfew that you imposed on my son. Furthermore, I am respectfully requesting to have a meeting with you and your immediate Supervisor, Mr. Matthew Kiely. At your earlest convenyence.

You may contact me at (202) 723-8885 to set up this appointment. This is a very urgent matter.

Your response or call in reference to this matter. Is urgently needed and will be greatly appreciated.

                            Sincerely,

                            Nazim Abdul Karriem

COURT SERVICES & OFFENDER SUPERVISION AGENCY
Washington, D.C. 20001

**MEMORANDUM**

TO         : Mr. Gregory Campos, C.S.O.
             C.S.O. S. A.
             300 Indiana Avenue, N.W., Rm. 2056
             Washington, D.C. 20001

FROM       : Ms. Bernice E. Cook
             1816 New Hampshire Avenue, N.W.
             Washington, D.C. 20009

SUBJECT    : Response To Intimidation Attempt

DATE       : June 10, 2006

Dear Mr. Campos,

I want you to know that I do not appreciate your appalling techniques of Harassment and manipulation that you attempted to direct towards Mr. Chandler. In an attempt to force him into doing something you know is not only Ridiculous and underhanded. But, low down and unprofessional.

Your involving me in your attempts to harass Mr. Chandler shows that you are not fully aware of the limits of your job discription. Your threat to call HUD regarding my living conditions says a lot about your character as a human being. You have in no way by this threat intimidated me or Mr. Chandler.

I, want you to know that your unprofessional behavior will be brought to the attention of your Supervisor, Mr. Matthew Kiely. Your behavior is a discrace to the position you hold with CSOSA., and it will be noted to your Supervisor and those of whom you work.

Furthermore, as I stated in my previous correspondence and I reiterate !! If, you continue to involve me in your attempts to harass and intimidate Mr. Chandler. I, will be forced to pursue LEGAL ACTION against you !!!



Mr. George F. Pruden
Office of the General Counsel
633 Indiana Ave., N.W., Rm. 1253
Washington, D.C. 20001

Johnny Ray Chandler
6015 8th St., N.W.
Washington, D.C. 20011

June 15, 2006

Dear Mr. Pruden

This is a Complaint against two (2) member of the CSOSA STAFF. For harassment, abuse of discretion, and violation of CSOSA Policy. On June 6, 2006. The CSOSA, C.S.O Mr. Gregory Campos put me on a 7 p.m. Curfew. I was told that it was done as a Sanction, pursuant to 28 C.F.R. 810-2.85(a)(15).

Under the above Code of

Federal Regulations. There is no mention of the imposition of a Curfew.

Also, when I was first put on this Curfew I did some extensive research a found out that the D.C. Curfew Law was inacted in 1995 by the D.C. City Council. The thing that bothers me is that the Curfew Law was imposed for the youth of D.C., and I am not a youth. I am 52 yrs. old.

Therefore, I respectfully ask that you contact Mr. G. Campos, C.S.O., and inform him that he is in violation of 28 C.F.R. 2.85(a) and 810.

Your written and personal response to this letter. Is urgently needed and will be very deeply appreciated.

Johnny Ray Chandler

06/23/06 14:09 FAX 2022205350 Offender Supervision ☒006
Case 1:06-cv-01314-PLF Document 1-2 Filed 07/25/2006 Page 12 of 16

Page 1 of 3



Home | News This Hour | News on the Web | Politics | Culture | Special Reports | International | Nation
Commentary | Bozell's Column | Cartoons | Fact-O-Rama! | Site Search

Time: 2:27 PM, Tuesday, June 6, 2006

# Commentary

## Adult Curfews For the Complacent
By Lisa S. Dean
CNS Commentary from the "Endangered Liberties" television program
11 April, 2000

The city council in Cloverport, Kentucky recently passed a law by a vote of 4-2 mandating an adult curfew in the attempt to curb crime.

If you live in that city and are seen outside between midnight and 5 o'clock in the morning on weeknights and between one o'clock and five o'clock in the morning on weekends, you are now in violation of the law in Cloverport. First time violators will receive only a warning while repeat offenders will be fined $250.00.

Needless to say there was an outcry from the public over this ruling and with good reason. Adults should be treated as adults and not children. But government treating adults like children has been the American way of life during much of this century.

The "welfare mentality" has seen to that and largely when government decides to do something unconstitutional, most people ask themselves "how does this affect me?" and not seeing any possible negative impact on their lives, they say nothing.

I was in Pennsylvania recently speaking to a group of constituents about the collection by government of our personal information, who that information is shared with and possible uses and abuses. I used the example of our medical and financial records and how, if someone so desired, could, with relatively little effort on their part, find out what illnesses we have been treated for and how much money we have in our bank accounts and what we spend it on.

With a few exceptions, the reaction that I got from the audience was basically "So what?" One man even said that it was good for government to collect this information because how else would the Medicare program work? Others admitted that they liked the various services and discount programs that both public and private sector entities offer and for that reason were willing to give up their personal

### More CNSNews.com Commentary

Muslim Zionism

Union Fired by Reagan Rises From the Dead

Throw the UN on the Ash Heap of History

Invasion ... From Canada

Grassley's Tax Touch

Archive

### Top Headlines

Coulter: Abortion Is Dems' Version of 'Virgin Sacrifice'

Canadian Terror Suspect Accused of Trying to Behead PM

Flag Desecration Amendment Headed for Close Senate Vote

Negativity Spawns Voter Apathy in California

'Lobbyist' vs. 'Ex-Republican' in Virginia Dem Primary

Congressional Boondoggles Said to Total $50 Million

While Bush Pushes Immigration Reform, Reid Criticizes GOP

Anti-Illegal Immigration Billboards Go Up in Los Angeles, San Diego

Medicaid Recipients Must

06/23/06 14:10 FAX 2022205350       Offender Supervision       ⌀007
Case 1:06-cv-61314-PLF   Document 1-2   Filed 07/25/2006   Page 13 of 16
04/11/2000

Page 2 of 3

information and ultimately their rights in order to get it.

Taking that reaction and comparing it to the one of the citizens of Cloverport, Kentucky, I think it's safe to draw the conclusion that there is a double-standard on the part of the citizenry.

They tell government it's okay to infringe on their rights when they know they will be receiving some service or getting something in return because after all, government is just helping us and that's what it's supposed to do. But when government infringes on citizens' rights and instead of giving them something in exchange for their rights, and just takes something away, then all of a sudden, government becomes Big Brotherish.

I have news for those people. Government was Big Brotherish all along, they just didn't mind it when it was giving them something in exchange for taking away their rights, but in cases such as the curfew in Cloverport where they aren't getting anything in return, government is, all of a sudden, the bad guy.

The reality is that government has played the role of the bad guy all along - it was just making it so pleasurable for people that they didn't realize it and in fact, allowed him to become as big as he is today.

It is the same old same old. If we let government impinge on people's rights, even though it might not effect us directly, and say nothing, who will be there when government impinges on our rights?

One of the reasons that our Republic lasted as long as it did in recognizable form is simply because people had a sense of outrage whenever and wherever government was seen as infringing on the rights of the individual. By what was taught in our schools, by what was said in the churches, by the discussions in the newspaper, by talk at the barber shop or beauty parlor, the prevailing ethic was one of moral anger if anyone...including government...was seen taking away the rights of another. The sentiment was so strong that it just wasn't something that was easily tried. The few who did so were ridden out of town on a rail.

Now after several decades of sensitivity style education in the schools, watered down religion in the Church of the Latter Day New Dealers, censorship of these sorts of views by the media and political correctness at the unisex hair stylist place, we have come to this. Silence when rights are being taken away. Did I say silence? Perhaps even mild applause.

Unless and until the sense of moral outrage is re-instilled in Americans, the day is coming, and it is only a calendar or two away, when all of our basic rights will be taken away by government. We will wake up in a nation so different from that of our founders that the Constitution will be a dead letter.

Prove Citizenship

Sidebar: 300 Times Bigger 40 Years Later

NYC Mayor Wants 'Gun Thug' Registry

Ruling Allows City to Regulate Guns

Marriage Amendment Has Conservative Critics, Too

Vox Populi: Homosexuals Want to 'Reshape Society'

Canadian Parliament to Revisit Same Sex Marriage Issue

US Knew About Arafat's Key Role in Diplomats' Murders

Islamists Claim Control of War-Ravaged Mogadishu

Putin Dismisses Media Criticism Ahead of G8 Summit

Israel Mum on Palestinian Plans

Other CNSNews.com Headlines:

True, much of it is already but still recent Supreme Court decisions, by a five to four margin, remind us that at least some parts of the Constitution remain alive, if not well.

What is happening in Kentucky and Pennsylvania and in just about every little town in America is sobering. What I say to you, my loyal friends, is simply this: Next time you hear of rights being taken away in your town, risk embarrassment. Stand up and say "Not here you won't!"

Organize your friends and neighbors. Write to the newspapers. Stand up in church or in the church hall and be heard. Talk about it on the radio. Stage a demonstration that is exciting enough to be covered by television. Don't take it anymore.

If all of you with-in sound of my voice do this, you will be saving what little is left of real America for your children and grandchildren. You have been given a gift of freedom by those who pledged their lives, their possessions and their sacred honor so that you could exercise your rights.

Speaking out and saying "no" to those who want to strip us of those rights is hardly an inconvenience compared to the price our forefathers paid.

*Lisa Dean is vice president for technology policy at the Free Congress Foundation.*





All original CNSNews.com material, copyright 1998-2006 Cybercast News Service.

Home | News This Hour | Politics | Culture | International | Nation
Commentary | Bozell's Column | Cartoons | Fact-O-Rama | Privacy Policy

CNSNews.com is optimized for use with the latest version of either Microsoft Internet Explorer or Netscape Navigator. The latest versions are available from the respective companies web sites.



Hosted by NITF.com a division of Special Systems, Inc.

http://www.cnsnews.com/ViewCommentary.asp?Try=No&Page=\Commentary\archive\199...   6/6/2006

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

JOHNNY R CHANDLER
Vs.
MATTHEW KIELY

C.A. No.   2006 CA 004776 B

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued by the judge to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge ANNA BLACKBURNE-RIGSBY
Date: June 21, 2006
Initial Conference: 9:30 am, Friday, September 29, 2006
Location: Courtroom 519
500 Indiana Avenue N.W.
WASHINGTON, DC 20001

## Superior Court of the District of Columbia
### CIVIL DIVISION

Johnny Ray Chandler, Sr.
_____

_____ Plaintiff(s)

vs.

Mr. Matthew Kiely

Mr. Gregory Campos
_____ Defendant(s)

Civil Action No. 0004776-06

RECEIVED
Civil Clerk's Office
JUN 21 2006
Superior Court of the
District of Columbia
Washington, D.C.

### ORDER

Upon consideration of **Plaintiffs** motion to proceed *in forma pauperis*, it is this **21** day of **June**, 20**06**.

ORDERED that said motion is

☒ Granted, and the prepayment of court costs is hereby waived.

☐ Denied without prejudice, on the grounds that

It is further ORDERED that

Copies to:

_____
JUDGE

CV-626/Nov. 02