UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR.<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW KIELY,<br><br>GREGORY CAMPOS,<br><br>Defendants. | Civil Action No 06-1314 (PLF)<br>ECF |

**FEDERAL DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Federal Defendants respectfully move the Court for an extension of time from August 1, 2006, to October 2, 2006, to answer or otherwise respond to Plaintiff's Complaint.[1] A scheduling order has not been entered in this case. This is Federal Defendants' first request for an extension of time.

There is good cause for the Court to grant this motion. This case was originally filed in the Superior Court of the District of Columbia, but it was removed to the District Court on July 25, 2006. Fed. R. Civ. P. 81 requires a defendant to answer or present other defenses within 20 days after receipt through service or otherwise of a copy of the initial pleading, or within five days after the filing of the petition for removal, whichever is longer. Here, the deadline for

---

[1] It should be noted that this Court has classified plaintiff as a prolific filer. See Memorandum Order Chandler v. D.C. Dep't of Corr., Civil Action No. 95-2366 (D.D.C. March 10, 1996). The intent of that Order was to prevent plaintiff from prosecuting claims before the Court that were frivolous, harassing, malicious or redundant. Based upon that Order this Court has required plaintiff to make that same certification for his other case now pending before this Court.

Federal Defendants to respond to Plaintiff's Complaint is on August 1, 2006, five business days from the removal date. Federal Defendants request that they be granted 60 days to respond to Plaintiff's Complaint.[2] Such enlargement of time is consistent with the 60-day period that the United States is accorded to respond to complaints under Fed. R. Civ. P. 12(a)(3). More importantly, Defendants' counsel needs the additional time to become familiar with the issues and evaluate the merit of Plaintiff's claim.

Accordingly, Federal Defendants respectfully request that the Court grant a 60-day extension of time for Federal Defendants to respond to Plaintiff's Complaint.

Dated: July 26, 2006

Respectfully Submitted,

KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

MERCEDEH MOMENI
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-4851

Attorneys for Defendants

---

[2] The U.S. Attorney's Office has not been served with a copy of the Summons and Complaint. As such, Defendants do not waive any defenses under Rule 12(b) or otherwise, including immunity from suit.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 26th day of July, 2006, the foregoing <u>Federal Defendants' Motion for an Extension of Time</u> was served by first class, postage prepaid mail upon Plaintiff addressed as follows:

Johnny Ray Chandler, Sr.
6015 8th Street, N.W.
Washington, DC 20011

and upon:

Mr. Matthew Kiely
Mr. Gregory Campos
633 Indiana Avenue, N.W
12th Floor
Washington, D.C. 20001

_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th St. NW
Washington, DC 20530
(202) 305-4851
mercedeh.momeni@usdoj.gov