UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MATTHEW KIELY, )<br>)<br>GREGORY CAMPOS, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No 06-1314 (PLF)<br>ECF |

**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS'
MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Federal Defendants' Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Federal Defendants' Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Federal Defendants shall have up to and including October 2, 2006, to answer or otherwise respond to Plaintiff's complaint.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

of Counsel:
Stephen Bailey
Court Services and Offender Supervision Agency
633 Indiana Avenue, NW
12TH Floor
Washington, D.C. 20004