# UNITED STATES DISTRICT COURT
## For The District Of Columbia

Johnny Ray Chandler, Sr.                 :

       **Plaintiff,**                 :

       V.                 : U.S. D. C. C. A. No. Unassigned
                  : D. C. S. C. No.  06 CA 004776  B.

Matthew Kiely, et al.,                 :                 06-1314 PLF

       **Defendants.**                 :

## <u>MOTION FOR DEFAULT FAILURE TO RESPOND</u>

Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to Rule

55 of the Fed.  R.  Civ.  Pro. And the Rules of this Court.  Respectfully

moves this Court to enter a Default Judgment in the above Claim.

In support of this Motion.  Plaintiff refers this Court to the attached

Memorandum Of Points And Authorities.

                               Respectfully Submitted,

                               *Johnny Ray Chandler, Sr.*

                               Johnny Ray Chandler, Sr.
                               Plaintiff, Pro-Se
                   1816 New Hampshire Avenue, N. W.
                             Apt.  602
                        Washington, D.C.  20009

**RECEIVED**

AUG 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## For The District Of Columbia

Johnny Ray Chandler, Sr.    :

      **Plaintiff,**    :

      **V.**    : U. S. D. C. No. Unassigned

Matthew Kiely, et al.,    : D. C. S. C. No. 06 CA 004776   B

      **Defendants.**    :

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff, Johnny Ray Chandler, Sr.  Proceeding Pro-Se.

Respectfully moves this Court to enter a Default Judgment against the

Defendants in the above Claim. ( Matthew Kiely and Gregory Campos).

**A.**        **BACKGROUND**

The above claim was initially filed in the Civil Division of the

D. C. Superior Court, on June 21, 2006. ( **SEE EXHIBIT C** ).

This Claim was filed for BREACH OF CONTRACT. ( **SEE**

**EXHIBIT A** ).

Pursuant to D. C. Code 11-906 and District of Columbia Superior

Court Rule of Civil Procedures ( "SCR Civ" ) 40-I (3). In pertinent parts

states as follows :

**B.**                          **SCR Civ.  40-I ( 3 )**

(3).   **" Within 20 days of service as described above, except as
       otherwise noted in SCR Civ. 12, each defendant "MUST"
       respond to the Complaint by filing an Answer or other
       responsive pleading.  As to the defendant who has failed
       to respond, a default and judgment "WILL" be entered
       unless the time to respond has been extended as provided
       in SCR Civ.  55 (a).**

Here in this Claim which is presently before this Court.  The

Defendant, Mr.  Matthew Kiely was served by Process Server ( Ms.

Bernice E.  Cook ) on July 17, 2006.  With a Copy of the Complaint,

Summons, Notice, Initial Order, and the Exhibit. ( **SEE EXHIBIT B** ).

On July 31, 2006 by ORDER of the D. C. Superior Court.  This

Complaint was removed from that Court and transferred to the U. S.

District Court For The District Of Columbia. ( **SEE EXHIBIT D** ).

Moreover, on August 11, 2006. The Assistant U.S. Attorney, Mr.

Mercedeh Momeni filed a Motion. Entering his appearance as Counsel

for Mr. Matthew Kiely.  ( SEE EXHIBIT E ). Even though, Mr. Momeni

has entered his appearance as Counsel. He has not filed for an extension of time to respond to the Complaint. Pursuant to Rule 6 of the FRCP.

Wherefore, in the interest of Justice. Plaintiff Respectfully moves this Court to enter the Defendants Default and enter a Judgment awarding this Plaintiff the Relief sought in the Initial Complaint.

Respectfully Submitted,

Johnny Ray Chandler, Sr.

## CERTIFICATE OF SERVICE

I, hereby certify that a True and Correct copy of this Motion For

Default, The Certificate Of Service, The Exhibits, and The Proposed

Order.  Were mailed, U. S.  First Class Mail Postage Prepaid on this

_16th_  day of August, 2006   TO :

Mr.  Mercedeh Momeni, Esquire
Assistant U. S. Attorney
555 4th Street, N. W.
Washington, D.C. 20530

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
1816 New Hampshire Avenue, N. W.
Apt.  602
Washington, D. C.  20009

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHNNY RAY CHANDLER, SR.　　　　　　　　)
6015 8ᵗʰ Street, N.W.　　　　　　　　　　　)
Washington, D.C.  20011　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　Plaintiff　　　)
　　　　　　v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)　Civil Action No. 06-4776 ()
　　　　　　　　　　　　　　　　　　　　　)　(ECF)
MR. MATTHEW KIELY, et al.,　　　　　　　　)
Court Services & Offender Supervisor　　　　　)
300 Indiana Ave., N.W.　　　　　　　　　　)
Washington, D.C. 20001　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　Defendants.　　)
　　　　　　　　　　　　　　　　　　　　　)

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni.

Assistant United States Attorney, as counsel of record for defendants. in the above-captioned

case.

　　　　　　　　　　　　　　　　Respectfully submitted.


　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MERCEDEH MOMENI
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　555 4th Street, NW
　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　(202) 305-4851
　　　　　　　　　　　　　　　　(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2006, I caused the foregoing Praecipe to

be served on Pro Se Plaintiff, Johnny Ray Chandler, Sr., by postage pre-paid mail addressed as

follows:

**Johnny Ray Chandler, Sr.**
**6015 8th Street, N.W.**
**Washington, D.C.　20011**

/s/
_____

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851

2