United States District Court
for the District of Columbia

Johnny Ray Chandler, Sr.

    Plaintiff,

V.                    Civil Action No. 06 CV 1314 PLF

Matthew Kiely, et al.,

    Defendants.

RECEIVED
NOV 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Notice of Address Change

Comes now plaintiff, Johnny Ray Chandler, Sr. Pursuant to the Fed. R. Civ. Pro. and the Rules of this Court. Hereby would like to inform this Court of his new address. As of August 30, 2006. This Plaintiff is now housed at the D.C. Detention Facility (D.C. Jail) 1901 D. Street, S.E., Washington, D.C. 20003.

Wherefore, all future Orders from this Court can be sent to this plaintiff at the above address.

Respectfully Submitted,

Johnny Ray Chandler, Sr. #174-730
1901 D. Street, S.E.
Washington, D.C. 20003

# MEMORANDUM OF POINTS AND AUTHORITIES

Comes now plaintiff, Johnny R. Chandler. Proceeding Pro-se. Respectfully moves this Court to enter a Default Judgement against the Defendants: Mr. Matthew Kiely and Mr. Gregory Campos.

This Claim was initially filed in the Superior Court for the District of Columbia. But was removed from that Court and was filed in the U.S. District Court for the District of Columbia on July 25, 2006. Both Defendants Mr. Matthew Kiely and Mr. Gregory Campos were both served by Process Servers, with a copy of the Summons and the Complaint. The Process Server for Mr. Matthew Kiely was Ms. Bernice E. Cook, of 1816 New Hampshire Ave., N.W. Apt. 602 Washington, D.C. 20009. Mr. Gregory Campos was served by Process Server, Mr. Nazim Abdul Karriem with a copy of the Summons and the Complaint by of 6015 8th Street, N.W., Washington, D.C. 20011.

Pursuant to Rule 4 of the Fed. R. Civ. Pro. The Defendants were suppost to have filed their response within sixty (60) days. or file a Rule 6 Motion for Enlargement of Time. In this claim, the defendants never filed a response to the Complaint nore did they file for an Enlargement of Time pursuant to Rule 6. Which puts them both in Default.

Wherefore, in the interest of Justice. Plaintiff moves this Court to enter a Default Judgement and award this plaintiff the relief sought in the initial Complaint.

Respectfully Submitted,

United States District Court
For the District of Columbia

Johnny R. Chandler, Sr.

    Plaintiff,

V.                            Civil Action No. 06-1314 (P.L.F.)

Matthew Kiely, et al.,

    Defendants.

## Motion For Default Failure to Respond

    Comes now plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, pursuant to Rule 55 of the Fed. R. Civ. Pro. and the Rules of this Court. Respectfully moves this Honorable Court to enter the defendants default in the above claim.

    In support of this Motion. Plaintiff refers this Court to the attached Memorandum of Points and Authorities.

                        Respectfully Submitted,

                        *Johnny Ray Chandler, Sr.*