United States District Court
for the District of Columbia

Johnny R. Chandler, Sr.

     Plaintiff,

RECEIVED

NOV 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    V.           Civil Action No. 06-1314 (P.L.F.)

Matthew Kiely, et al.,

    Defendants.

## Motion For Default failure to Respond

    Comes now plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-se, pursuant to Rule 55 of the Fed. R. Civ. Pro. and the Rules of this Court. Respectfully moves this Honorable Court to enter the defendants default in the above claim.

    In support of this Motion. Plaintiff refers this Court to the attached Memorandum of Points and Authorities.

           Respectfully Submitted,

           Johnny Ray Chandler, Sr.