# UNITED STATES DISTRICT COURT
## for The District of Columbia

Johnny Ray Chandler, Sr.,

Plaintiff,

V.                              Case No. unassigned

Matthew Kiely, et al.,          06-1314 PLF

Defendants

## MOTION FOR DEFAULT FAILURE TO RESPOND

Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to Rule 55 of the F.R.C.P. and the Rules of this Court, Respectfully moves this Court to inter the Defendants Default.

In support of this Motion, Plaintiff refers this Court to the attached Memorandum of Points and Authorities.

Respectfully Submitted,

Johnny Ray Chandler
1901 D. St., S.E.
Washington, D.C. 20003

# MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff Pro-Se, Johnny Ray Chandler, Sr. Respectfully moves this Court to enter the Defendants Default in the above captioned case.

This case was initially filed in the Superior Court of the District of Columbia, For Breach of Contract.

At present this Plaintiff is being held at the District of Columbia Department of Corrections Central Detention Facility at 1901 D. street, S.E. Washington, D.C. 20003. Moreover at present Plaintiff does not have access to his Case files. Therefore, I am unable to provide this Court with a copy of the Initial Complaint that was filed in the D.C. Superior Court.

A. **S.C.R.C.P.**

Pursuant to the Superior Court Rules of Civil Procedures. Which at the time of filing were the governing Rules for this Case. The Defendants were to have filed a response to the Complaint within 20

day of service of the Summons, Complaint, and the Initial Order.

Plaintiff does not have the Case File. But, the Court Records and files in this case will show that the Defendants were served by the Clerk of the D.C. Superior Court, on or about June or July 15, 2006.

To this day, the Defendants or their Counsel have not responded to the Complaint as required by the Rules of this Court.

Therefore, they are clearly in Default. Moreover, pursuant to the F.R.C.P. the Defendants could have requested an enlargement of time to respond to the Complaint. But, they have done neither of the two.

Wherefore, in the interest of Justice, I, Plaintiff Johnny Ray Chandler, Sr. Respectfully moves this Court to enter the Defendants Default and Grant this Plaintiff the relief sought in his initial Complaint.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
1900 D. St., S.E.
Washington, D.C. 20003