UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR.     )<br>                              )<br>                              )<br>           **Plaintiff**    )<br>    v.                        )<br>                              )    Civil Action No. 06-1314 (PLF)<br>                              )    (ECF)<br>MR. MATTHEW KIELY, et al.,    )<br>                              )<br>           **Defendants.**   )<br>_____) | |

**MOTION FOR EXTENSION OF TIME TO FILE AN
ANSWER OR OTHERWISE RESPOND *NUNC PRO TUNC***

Federal Defendants, hereby move for a sixty-day extension of time to file their answer or otherwise respond to Plaintiff's complaint, through and including March 5, 2007. Good cause exists to grant this motion.

1. Federal Defendants' answer was due on January 5, 2007. Undersigned counsel mistakenly believed that the Court's order of December 15, 2006 addressed both the above captioned matter as well as Plaintiff's other pending case before the Court, Civil Action No. 06-0664. (*See also* Dkt. No. 26.)

2. Defendants require additional time to prepare and file a Response. This extension is needed primarily due to the undersigned counsel's schedule, which recently has included discovery in the matter of *Pardo Kronemann v. Jackson*, Civil Action No. 05-1788 (JDB), and motion practice in the matter of *Young v. GSA*, D.C. Cir. Case No. 06-5375 (C.A. No. 04-2241 ESH), in addition to trial preparation in the matter of *Lucas v. Spelling*, Civil Action No. 01-2393 (JMF) (trial to begin on February 5, 2007).

3. Defendants therefore request sixty additional days to submit their Response.

4. Because Plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion. Undersigned counsel, therefore, has not obtained his position as to the relief requested.[1]

WHEREFORE, Federal Defendants request that this enlargement be granted, and that the date for the answer or other response be extended to March 5, 2007. A minute order is requested.

Dated: January 16, 2007.

                                        Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C. 20530

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January, 2007, I caused the foregoing *Motion for Extension of Time* to be served on *pro se* plaintiff, postage prepaid, addressed as follows:

**JOHNNY RAY CHANDLER, SR.**
**DC 174-730**
**DC Detention Facility**
**1901 D Street, SE**
**Washington, DC 20003**

                                               /s/
                                       MERCEDEH MOMENI
                                       Assistant United States Attorney
                                       555 4th Street, NW
                                       Civil Division
                                       Washington, DC 20530
                                       (202) 305-4851
                                       (202) 514-8780 (facsimile)