UNITED STATES DISTRICT COURT
for the District of Columbia Circuit

Johnny Ray Chandler, Sr.,
　　　　Plaintiff

V.　　　　　　　　　　Case No. 06CV-1314 (P.L.F.)

Matthew Kiely, et al.,
　　　　Defendants.

RECEIVED JAN 17 2006 [crossed out] / JAN 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF ADDRESS CHANGE

Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the Rules of this Court. Respectfully moves this Court to accept into the record this Notice of Address change.

On November 17, 2006 I was transferred from the D.C. Detention Facility and sent to the CCA Correctional Treatment Facility. At 1901 E. Street, S.E., Washington, D.C. 20003.

Wherefore, any and all Pleadings and Rulings and Judgments, can be sent to me at the above address.

Respectfully Submitted

Johnny Ray Chandler, Sr.
Plaintiff Pro-Se

# Certificate of Service

I hereby certify that a true and correct copy of the foregoing Notice of Address Change. Was mailed, U.S. First Class Mail, Postage Pre Paid on this 12th day of January, 2007, TO:

CC: Mr. Mercedeh Momeni
Asst U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20001

Respectfully Submitted,

Johnny Ray Chandler, Sr.
D.C.D.C. # 174-730
1901 E. Street, S.E.
Washington, D.C. 20003