UNITED STATES DISTRICT COURT
for the District of Columbia

RECEIVED

FEB 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Johnny Ray Chandler, Sr.

   Plaintiff,

v.

Matthew Kiely, et al.,

   Defendants.

Case No. Unknown (P.L.F.)

## Motion for judgment on the pleadings

Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the F.R.C.P. and the Rules of this Court. Respectfully moves this Court to enter a Ruling on the Motion For Default that was filed by this Plaintiff, on or about January 12, 2007.

In support of this Motion. Plaintiff referrs this Court to the attached Memorandum of Points and Authorities.

     Respectfully Submitted,

     *Johnny Ray Chandler*
     Johnny Ray Chandler, Sr.
     Plaintiff Pro-Se
     Fed. Reg. No. 11977-007
     FCC Petersburg - Medium
     P.O. Box 90043
     Petersburg, Virginia 23804

UNITED STATES DISTRICT COURT
for the District of Columbia

Johnny Ray Chandler, Sr.        :
                                :
            Plaintiff,          :
                                :
    V.                          : Case No. Unknown   (P.L.F.)
                                :
Matthew Kiely, et al.,          :
                                :
            Defendants.         :

### MEMORANDUM OF POINTS AND AUTHORITIES

    Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se. Without the assistance of Counsel. Respectfully moves this Court to enter a Judgment on the Pleadings that was filed by this Plaintiff, on or about January 12, 2007.

    On or about December 12, 2006. This Court entered an Order. Odering Ordering the Defendants to respond to the Complaint on or before January 5, 2007. To this day, the Defendants have not responded to the Complaint. Which shows a complete lack of respect for the authority and Orders of this Court.

    Wherefore, in the interest of Justice. I Plaintiff, Johnny Ray Chandler, Sr. Respectfully moves this Court to enter a Judgment on the Pleadings that was filed by this Plaointiff, (Motion For Default).

                    Respectfully Submitted,
                    Johnny Ray Chandler, Sr.
                    Fed. Reg. No. 11977-007
                    FCC Petersburg - Medium
                        P.O. Box 90043
                Petersburg, Virginia 23804

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing Motion for Judgment on the Pleadings and the Certificate Of Service was mail, U.S. First Class Mail, postage pre paid on this  9th  day of ~~January~~ February, 2007, TO :

CC : The Office of The Asst. United States Attorney

   555 4th Street, N.W.

   Washington, D.C. 20001

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*

Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. BOX 90043
Petersburg, Virginia 23804
