United States District Court
for the District of Columbia

Johnny Ray Chandler, Sr.,

    Plaintiff,

      V.           Case No. 06-CV-1314 (P.L.F.)

Kiely, et al.,

    Defendants.

**RECEIVED**
FEB 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Rebuttal to the Defendants Motion for an Extention of Time

    Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the F.R.C.P., and the Rules of this Court. Respectfully moves this Honorable Court to retract its Order Granting the Motion for an Extention of time up to and encluding March 5, 2007 to file an answer to this Plaintiff's pending Complaint.

    Plaintiff, respectfully moves this Court to retract it's Order because, the Federal Defendants Counsel has violated the Federal Rules of Civil Procedures.

    Under the F.R.C.P. and the Rules of this Court

Counsel was suppose to provide this Plaintiff with a full and complete copy of the Motion for Extention of Time that was filed with this Court.

Defendants Counsel never provided this Plaintiff with a copy of the Motion that was filed.

Plaintiff never knew of the pending Motion until February 12, 2007, when this plaintiff received this Courts Order, Granting the Defendants Motion.

Wherefore, in the interest of Justice. Because, Defendants Counsel has maliciously violated the F.R.C.P. and the Rules of this Court. Plaintiff moves this Court to retract it's January 24, 2007 Order.

Respectfully Submitted,

Johnny Ray Chandler, Sr.

Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804

## Certificate of Service

I, hereby certify that a true and correct copy of the foregoing Rebuttal Motion, was mailed U.S. First Class Mail, postage prepaid on this 14th day of February, 2007,

TO: Mr. Mercedeh Momeni
Asst. U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20001

Respectfully Submitted,

Johnny Ray Chandler, Sr.

Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804