United States District Court
for the District of Columbia

Johnny Ray Chandler, Sr.

    Plaintiff,

    V.        Case No. 06-cv-1314(P.L.F.)

Kiely, et al.,

    Defendants.

RECEIVED
FEB 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion To Amend Complaint and Supplement The Pleadings

Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to Rule 6 of the F.R.C.P. and the Rules of this Court, Respectfully moves this Honorable Court to accept into the Records his amendment to the above Complaint.

In this claim, the Initial Complaint is against Mr. Matthew Kiely, S.C.S.O. and Mr. Gregory Campos, C.S.O. For Breach of Contract.

Both defendants, Kiely and Campos are employed by CSOSA (Court Services and offender

Supervision Agency).

Therefore, Plaintiff moves this Court to add CSOSA as the NO. 1 primary defendant in the above claim.

Wherefore, in the interest of Justice, Plaintiff respectfully moves this Court to accept his amendment to the above Complaint.

Respectfully Submitted,

Johnny Ray Chandler

# Certificate of Service

I hereby certify that a True and correct copy of the foregoing Motion to Amend the Complaint and Supplement the Pleadings. Was mailed, U.S. First Class Mail, postage prepaid on this 21st day of February, 2007, To:

CC: The Asst. U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20001

Respectfully Submitted,

Johnny Ray Chandler, Sr.