## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHNNY RAY CHANDLER, SR.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 06-1314 (PLF)** |
| | ) | **(ECF)** |
| **MR. MATTHEW KIELY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE
## AN ANSWER OR OTHERWISE RESPOND

Federal Defendants, hereby move for a thirty-day extension of time to file their answer or otherwise respond to Plaintiff's complaint, through and including April 4, 2007.  Good cause exists to grant this motion.

1.  Federal Defendants' answer is due on March 5, 2007.

2.  Defendants require additional time to prepare and file a Response.  This extension is needed primarily due to undersigned counsel's schedule, which recently has included motion practice in the matters of *Young v. GSA*, D.C. Cir. Case No. 06-5375 (C.A. No. 04-2241 ESH), *Kemp v. Rice,* Civil Action No. 06-1528 (JDB), and *Chandler v. Williams et al.,* Civil Action No. 06-0664 (PLF), as well as preparations for a possible incoming matter.

3.  Defendants therefore request thirty additional days to submit their Response.

4.  Because Plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion.  Undersigned counsel, therefore, has not obtained his position as to the

relief requested.[1]

WHEREFORE, Federal Defendants request that this enlargement be granted, and that the

date for the answer or other response be extended to April 4, 2007.  A minute order is requested.

Dated: March 1, 2007.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties.  Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a).

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 1st day of March, 2007, I caused the foregoing *Motion for*

*Extension of Time* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

**JOHNNY RAY CHANDLER, SR.**
**R11977-007**
**PETERSBURG FEDERAL CORRECTIONAL CENTER**
**Medium**
**P.O. Box 90043**
**Petersburg, VA  23804**


_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)