

Court Services and Offender Supervision Agency
for the District of Columbia
*Community Supervision Services*

# ELECTRONIC MONITORING EQUIPMENT ASSIGNMENT CONTRACT

The following rules apply to the Global Positioning Satellite System (GPS) Electronic Monitoring Equipment. Failure to comply with the following conditions would constitute a violation of your parole/probation/supervised release and subject you possible revocation.

1. You will inform all with whom you reside that you are required to comply with electronic monitoring and that they must not interfere with the monitoring equipment. You will explain to them also that the monitoring equipment will impose minimal impact to the phone system, but will not significantly interfere with regular phone or Internet use.

2. Should those with whom you reside refuse the monitoring system to be installed, you will explain to them that electronic monitoring is being imposed because you are in violation of my probation/parole/supervised. EM is being offered to you as an alternative to incarceration. If you are not able to comply with this sanctioning alternative then you will be subject to having your probation/parole/supervised release revoked and being sent to prison.

3. You, or those with whom you reside, will not disconnect, move, or tamper with the electronic monitoring equipment in any manner.

4. You will immediately report any equipment breakage or malfunction to your Community Supervision Officer and follow any instructions the officer gives you concerning this situation.

5. You must use a telephone of approved quality.

6. You must obtain approval in advance from your Community Supervision Officer to change your curfew schedule, if applicable.

7. You will allow any representative of CSOSA to inspect the equipment assigned to you upon request.

8. You are responsible for the care of the equipment issued to you. You will be held financially responsible for any malicious damage to the equipment and be criminally prosecuted for equipment theft. The value of the equipment exceeds $300, which constitutes a felony offense.

9. You will place your assigned GPS Device in the charging stand for a <u>minimum of eight (8) hours</u> a day.

10. The GPS Device and charging stand must be maintained in the location designated by CSOSA.



GOVERNMENT EXHIBIT
_____1_____

11. You will place the GPS Device in an area that is unobstructed. The GPS Device cannot be covered in metal containers, lockers, trunks, etc., or hidden under clothing, car seats, purses, briefcases, tote bags, etc. Any carrying case must be pre-approved by a CSOSA representative.

12. You will carry the GPS Device with you at all times when outside of your residence. Furthermore, you must keep the device within 50 feet of you at all times.

## OTHER INSTRUCTIONS:

1. You understand that leaving the GPS Device behind at home, work, or other places will be grounds for a violation. If such occurs, you must notify your CSO immediately.

2. You understand that all movement will be tracked and stored as an official record.

3. You will follow all established home, work, etc. rules. Deviation from your schedule and/or approved travel routes is a violation.

4. You will not enter areas that are defined as off limits.

5. You will respond immediately to all messages that are sent to your GPS Device.

6. You will notify your Community Supervision Officer of all court proceedings and the outcomes of such proceedings while you are being electronically monitored.

7. You will have the owner/lessee sign the Home Owner/Lessee Agreement section of this contract, which is listed below, within 5 days of installation.**

**__Home Owner/Lessee Agreement (if not the offender):__

The GPS monitoring system is used by CSOSA to impose a sanction on an offender who has violated his/her probation or parole and to monitor those who may pose a serious community safety risk.

As the home owner/lessee, I understand that CSOSA must seek my approval to allow the GPS monitoring equipment to be installed in my home. I understand that I may refuse to have this system installed in my home. I further understand that my refusal to comply could result in the parolee/probationer residing in my home to face adverse legal action, to include his/her incarceration. I understand that the GPS system may cause minimal interference with my phone line. If I choose to agree to this arrangement, I will:

- Provide electric power;
- Allow CSOSA staff reasonable access to my residence in order to install or remove the equipment;
- Not interfere in any way with the functioning of the system by removing, disconnecting or destroying it.

I Agree to have this system installed: _[signature]_ 7/11/05
Signature of Owner/Lessee

I DO NOT agree to have this system installed: _____
Signature of Owner/Lessee

Electronic Monitoring and Equipment Assignment Rules
Page 2 of 3

The rules of the Electronic Monitoring Program have been provided to me. I fully understand what is expected of me, and the possible consequences of my failure to comply with these rules.

My signature confirms the above, as well as my receipt of the Electronic Monitoring Equipment.

_Johnny Ray Chandler, Sr._   Date: 7/11/05
(Offender Signature)

Johnny Ray Chandler, Sr.
(Offender / Printed Name)

Charles Jones / MB
MB  _Johnny Ray Chandler, Sr._   Date: 7/11/05
(Community Supervision Officer Signature)

Charles Jones
(CSO / Printed Name)    CSO Telephone: 202 515-7736

_M. M. Beau_   EMT Telephone: 202 585.7498
EMT Signature

Mark M. Beau   Date: 7/11/05
EMT Printed Name

Electronic Monitoring and Equipment Assignment Rules
Page 3 of 3



## Court Services and Offender Supervision Agency
## for the District of Columbia
*Community Supervision Services*

### GLOBAL POSITIONING SYSTEM (GPS)
### BASIC GUIDELINES CONTRACT

1. **Motion NO GPS Warnings**
   a. Will occur if you are inside of a building, in tunnels or a vehicle.
   b. You are not permitted to carry the MTD[1] in an obstructed manner (i.e. inside the trunk of a car, inside a briefcase.)
   c. Your response should be to take the MTD outside, show it to the sky until you receive the "GPS Warning Cleared" message.

2. **Bracelet Gone Warnings**
   a. Will occur if you are out of range of the MTD.
   b. Your response should be to get close to the MTD and acknowledge receiving the warning by pressing the appropriate button on the MTD.
   c. If the problem persists despite following these steps you must contact your CSO[2] immediately.

3. **Home Curfew Warnings**
   a. This will occur when Make sure that the MTD is in the charging stand when the home curfew schedule is in effect.
   b. Any changes to your curfew must be referred to your CSO **TWO (2) DAYS IN ADVANCE** and can only take effect once you and your CSO have signed the curfew change form.

4. **Charging Stand Compliance**
   a. Make sure that the charging stand is always plugged into an electrical outlet and is getting power (power light will be green)
   b. Makes sure that the phone line is plugged into to the back of the charging stand.
   c. Note that the charging stand is set up properly by observing the "phone in use" light turn red, which mean the device is making a call.
   d. Note also that when the system is making a call as indicated by the red "phone in use light," you may experience a disruption to your phone line if you are in the middle of a call. If this happens merely hang up the phone, let the system complete it's call, and then make your personal call.
   e. Note that removing the phone or power line from the wall will result in a violation notice being sent to your CSO.

If you experience what you consider to be a malfunction of any kind, power outage, or other occurrence that has interfered with your compliance with the GPS system, you must contact your CSO or their supervisor immediately.

OFFENDER SIGNATURE: _____ Date: 7/11/05

CSO SIGNATURE: _____ Date: 7/11/05

EMT Signature: _____ Date: 7/11/05

---
[1] Miniature Tracking Device (MTD) = the device worn on the hip by the offender.
[2] Community Supervision Officer (Probation/Parole Officer)