United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.,

    Plaintiff,

V.            Case No. 06-CV-1314 (P.L.F.)

Matthew Kiely, et al.,

    Defendants.

**RECEIVED**
APR 24 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Plaintiffs' Motion For an Extention of Time to File his Rebuttal to the Defendants Pending Motion

Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se. Pursuant to Rule 6 of the Fed. R. Civ. Pro. and the Rules of this Court. Respectfully moves this Court to Grant Plaintiff an extention of time to file his Rebuttal Motion. In support of this Motion, Plaintiff refers this Court to the following Memorandum of Points and Authorities.

Respectfully Submitted,

Johnny Ray Chandler, 11977-007

<u>Memorandum of Points and Authorities in support of Plaintiffs' Request for an Extention of Time to File his Rebuttal to the Defendants pending Motion</u>

Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se without the assistance of Counsel. Respectfully moves this Honorable Court to Grant him an Extention of time, up to and encluding May 31, 2007. To file his rebuttal to the Defendants pending Motion.

On April 4, 2007 Defendants filed a Motion to Dismiss in ~~tue~~ lieu of an answer.

Plaintiff is presently in the Special Housing Unit (S.H.U.) at the FCC Petersburg-Medium Facility. Here in this Unit, they do not have a law Library for Plaintiff to do the proper research in order to properly litigate this Claim.

Moreover, Plaintiff has not been seen by the D.H.O. (Disciplinary Hearing Officer).

Plaintiff does not expect to be released back to the General Population until approximently May 10, 2007.

At which time, Plaintiff will be able to do the necessary research to properly litigate this Claim.

Wherefore, in the interest of Justice, Plaintiff respectfully moves this Court to Grant Plaintiff an Extention of Time up to and encluding May 31, 2007 to file his Rebuttal to the Defendants pending Motion.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804

## Certificate of Service

I, hereby certify that a true and correct copy of the foregoing Motion for an Extention of Time. Was mailed, U.S. First Class Mail, postage pre-paid on this _____ day of April, 2007, To:

Mr. Mercedeh Momeni
Asst. U.S. Attorney
555 4th Street, N.W.
Civil Division
Washington, D.C. 20001

Johnny Ray Chandler, Sr.