United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.,

    Plaintiff,

V.    Civil Action No. 06-cv-1314 (P.L.F.)

Matthew Kiely, et al.,

    Defendants.

**RECEIVED**
MAY 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>Plaintiffs' Rebuttal To The Defendants Motion To Dismiss in Lieu of An Answer</u>

    Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding, Pro-Se, Pursuant to the Fed. R. Civ. Pro. and the Rules of this Court, Respectfully moves this Honorable Court to accept into the Record, his rebuttal to the Defendants pending Motion.

    In support of this Motion, Plaintiff refers this Court to the following Memorandum of Points and Authorities.

1.

Respectfully Submitted,

Johnny Ray Chandler, Sr.,
Plaintiff, Pro-Se
Fed. Reg. No. 11977-007
FCC Petersburg-Medium
P.O. Box 90043
Petersburg, Va. 23804

## Certificate of Service

I hereby certify that a true and correct copy of the Rebuttal Motion, Memorandum of Points and Authorities and the Certificate of Service were mailed, U.S. First Class Mail, postage prepaid, on this __11th__ day of __May__, 2007, To:

Mr. Mercedeh Momeni
Asst. United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20001

Respectfully Submitted,
Johnny Ray Chandler, Sr. 11977-007
Plaintiff, Pro-Se

2.

United States District Court
for the District of Columbia

Johnny Ray Chandler, Sr.,

    Plaintiff,

V.       Civil Action No. 06-cv-1314(P.L.F.)

Matthew Kiely, et al.,

    Defendants.

<u>Plaintiffs' Memorandum of Points and Authorities in support of his Rebuttal Motion to the Defendants pending Motion to Dismiss</u>

Plaintiff, Johnny Ray Chandler, Sr., proceeding Pro Se, Respectfully moves this Court to accept his rebuttal to the Defendants pending Motion to Dismiss in Lieu of an Answer

A.    Introduction

This Claim\Complaint which is presently before this Court, was initially filed in the Superior Court

3.

of the District of Columbia. By request of the Asst. United States Attorney, this Complaint was transferred from the Superior Court of the District of Columbia to this Court. Now, through the use of artful pleading, The same Asst. U.S. Attorney that requested that the Complaint be transferred to this Court, Is now claiming that this Court lacks Subject Matter Jurisdiction.

Furthermore, Defendants Counsel is attempting to use any and all forms of artful pleading to manipulate this Court. They alleged that the G.P.S. was removed when Plaintiff was returned to prison. That statement in it's self proves that the G.P.S. was not removed in compliance with the time frame stipulated in the Contractual Agreement of January, 2006.

Moreover Defendants Counsel has provided this Court with documents that have no bearings on Plaintiffs' Claim or the events complained of. All of the documents used by Defendants Counsel are from July of 2005. The events complained of in Plaintiffs' Complaint occurred in January of 2006.

Therefore, Defendants have not provided this Court with substantual evidence to support their Motion to Dismiss

4.

Wherefore, in the interest of Justice, Plaintiff respectfully moves this Court to Deny Defendants Motion and Grant Plaintiff the relief sought in the instant Complaint.

Respectfully Submitted,

Johnny Ray Chandler, Sr.,

Plaintiff, Pro-Se
Reg. No. 11977-007
FCC Petersburg - Medium
P.O Box 90011
Petersburg, Va. 23804

5.