Exhibit A.



**Satellite Tracking of People LLC**

## GPS Monitoring
## Offender Profile Report

**Johnny Chandler**

| | |
|---|---|
| Device Id: B00454 | Bracelet Id: (none assigned) |
| Agency Id: 258-816 | CI & I Number: 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 |
| Height: 5' 7 | Weight: 147 |
| Hair Color: BLACK | Eye Color: BROWN |
| Gender: MALE | Race: BLACK |
| Birth Date: 11/11/1953 | |
| Home Address: 6015 8TH STREET NW ARLINGTON, DC 20011 | Agent/Officer: GREGORY CAMPOS Agent Phone: 202-585-7434 |
| Home Phone: | Make/Model: |
| Work Address: 600 N. GLEBE ROAD ARLINGTON, VA 22203 | Year/Color: Plate Number: |
| Work Phone: 540-717-3482 | |
| GPS Start Date: 4/21/2006 | GPS End Date: 6/20/2006 |

**Signatures**

The following rules apply to the Global Positioning Satellite System (GPS) Electronic Monitoring (EM) Equipment. Failure to comply with the following conditions would constitute a violation of your parole/probation/supervised release and subject you to possible revocation.

1. You will wear an ankle bracelet at all times and will not remove the bracelet yourself for any reason.

2. You will charge the GPS equipment twice daily for a minimum of 30 minutes each time.

3. You will respond to any and all efforts to communicate with you initiated by your Supervisory Officer or other representative of this agency.

4. You will report any perceived defects, damage or malfunctions of the equipment immediately to your Supervisory Officer or other representative of this agency.

5. You will return the GPS equipment in good working order once this agency determines that it is time for you to be removed from the system.

6. You will allow any representative of this agency to inspect the equipment assigned to you upon request.

7. You are responsible for the care of the equipment issued to you. You may be held financially responsible for any malicious damage to the equipment and be criminally prosecuted for equipment theft.

**OTHER INSTRUCTIONS**

1. You understand that all movement will be tracked and stored as an official record.

2. You will follow all established home, work, etc. rules. Deviation from your schedule and/or approved travel routes is a violation.

3. You will not enter areas that are defined as off limits.

4. You will notify your Community Supervision Officer of all court proceedings and the outcomes of such proceedings while you are being electronically monitored.

The rules of the Electronic Monitoring Program have been provided to me. I fully understand what is expected of me, and the possible consequences of my failure to comply with these rules.

My signature confirms the above, as well as my receipt of the Electronic Monitoring Equipment.

| Participant Name | Participant Signature | Date |
|---|---|---|
| Johnny Chandler | *Johnny Chandler* under protest | 5/31/06 |
| Supervisor Name | Supervisor Signature | Date |
| Gregory Compos | *Gregory Compos / MB* | 5/31/06 |

## SCR CIV FORM 1-A
### Notice and Acknowledgment for Service by Mail
### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

Johnny Ray Chandler, Sr.
*Plaintiff*

V.

Civil Action Number __0004776-06__

Mr. Matthew Kiely
*Defendant*

## NOTICE

To:  Name __Mr. Matthew Kiely    Court Services & Offender Sup Agency__

Address __300 Indiana Avenue, N.W.__

__Washington, D.C. 20001__

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) __6-21-06__.

__[signature]__     __6-21-06__
*Signature*          *Date of Signature*

### Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) _____

_____     _____     _____
*Signature*              *Relationship to Defendant/Authority*    *Date of Signature*
                         *To Receive Service of Process*

Form CV(6)-1590/Mar 97



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

JOHNNY R CHANDLER
Vs.                                              C.A. No.     2006 CA 004776 B
MATTHEW KIELY

### INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge ANNA BLACKBURNE-RIGSBY
Date:  June 21, 2006
Initial Conference: 9:30 am, Friday, September 29, 2006
Location:  Courtroom 519
           500 Indiana Avenue N.W.
           WASHINGTON, DC 20001

Caio.doc

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Johnny Ray Chandler, Sr.
6015 8th Street, N.W.
Washington, D.C. 20011
                         *Plaintiff*

vs.

Mr. Gregory Campos, CSO
                         *Defendant*
300 Indiana Ave., N.W.
Washington, D.C. 20001
Court Services & Offender Supervision Agency

Civil Action No. 0004776-06

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

JOHNNY RAY CHANDLER, Sr.
Name of Plaintiff's Attorney

6015 8th Street, N.W.
Address
Washington, D.C. 20011

(202) 723-8885
Telephone

By _____
       Deputy Clerk

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

Johnny Ray Chandler, Sr.
6015 8th Street, N.W.
Washington, D.C. 20011

*Plaintiff*

RECEIVED
Civil Clerk's Office
JUN 21 2006
Superior Court of the
District of Columbia
Washington, D.C.

CIVIL ACTION NO. 0004776-06

vs.

Mr. Matthew Kiely
Court Services & Offender Supervision Agency
300 Indiana Avenue, N.W.
Washington, D.C. 20001

AND

Mr. Gregory Campos, CSO
Court Services & Offender Supervision Agency
300 Indiana Ave., N.W.
Washington, D.C. 20001

*Defendants*

### COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

This Claim / Complaint is against Mr. Gregory Campos, and his immediate upervisor, Mr. Matthew Kiely. Both of which are employed by CSOSA (Court ervices & Offender Supervision Agency). Which is a Subsidary Agency of the istrict of Columbia.
Here in this Claim. Both Defendants, (Kiely and Campos) are being sued n their individual and Official capacity. For BREACH OF CONTRACT. I, am resently on Parole and my Parole is being Supervised by CSOSA. On April 21, 200 006. I was for no apparent reason and without Probable Cause. Put on a G.P.S. Global Positioning Satellite) Tracking Device. Then on June May 31, 2006 I was ut on still another G.P.S. Device. I, was given a Contractual Agreement to

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 50,000.00 per D
with interest and costs.
                                                                  Defendant

CONTINUED ON THE NEXT PAGE

(202) 723-8865
Phone:

DISTRICT OF COLUMBIA, SS

JOHNNY RAY CHANDLER, Sr.            , being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

*Johnny Ray Chandler*
(Plaintiff/Agent)

Subscribed and sworn to before me this  20th  day of  June  20 06.

_____
(Notary Public/Deputy Clerk)

FORM CV-1013/Rev. 00