United States District Court
for the District of Columbia

RECEIVED
MAY 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Johnny Ray Chandler, Sr.,

    Plaintiff,

V.        Civil Action No. 06-cv-1314 (P.L.F)

Matthew Kiely, et al.,

    Defendants.

Plaintiffs' Request for an Extention of Time To Respond and Rebut the Defendants Motion

    Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the Fed. R. Civ. Pro, and the Rules of this Court, Respectfully moves this Honorable Court to Grant me an Extention of Time, up to and including June 30, 2007 to file his rebuttal to the Defendants pending Motion.

    In support of this Motion, Plaintiff refers this Court to the following Memorandum of Points and Authorities.

1.

Respectfully Submitted,

Johnny Ray Chandler, Sr.

Plaintiff, Pro-Se
Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804-9003


Memorandum of Points and Authorities in Support of Plaintiffs' Request for an Extention of time to file his Response.


Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, Hereby moves this Honorable Court to Grant him an Extention of Time upto and excluding June 30, 2007, To file his response and rebuttal to the Defendants pending Motion.


Plaintiff is presently being held in the S.H.U. (Special Housing Unit\Segregation), Here at the Petersburg - Medium, Correctional Complex. Here, in this Segregation Unit, They do not have a

2.

Certificate of Service

I, hereby certify that a true and correct copy of the foregoing Motion for an Extention of Time, and the Certificate of Service, Were mailed, U.S. First Class Mail, postage prepaid, on this 20th day of May, 2007, To:

CC: Mr. Mercedeh Momeni
Asst. United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804-9003

4.