UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 06-0664 (PLF) and |
| ) | Civil Action No. 06-1314 (PLF) |
| **District of Columbia et al.,** ) | ECF |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**FEDERAL DEFENDANTS' MOTION TO STAY ALL
FILINGS UNTIL AFTER DECISIONS HAVE BEEN
RENDERED ON DISPOSTIVE MOTIONS**

1. Federal defendants, by and through undersigned counsel, have moved to dismiss the complaints, in the above-referenced matters, pursuant to Fed. R. Civ. P. 12 (b)(1), (b)(5) and (b)(6) for lack of jurisdiction and failure to state a claim upon which relief can be granted, failure to perfect service on federal defendants, and the Tucker Act, 28 U.S.C. § 1491(a)(1). ,

2. In the above-referenced matters dispositive motions are fully briefed and pending the Court's decision.

3. Plaintiff has been classified as a prolific filer and has filed a number of motions during and after the completion of the dispositive motions practice. *See e.g.*, Civil Action No. 06-0664 (PLF) USDC Pacer Doc. Nos. 49, (Motion for Leave to File Complaint), 50 (Motion to Amend the Complaint), and 51 (Motion for a Permanent Restraining Order); and Civil Action No. 06-1314 (PLF) USDC Pacer Doc. No. 20, (Motion to Produce Evidence)).

4. It appears that plaintiff's filings are repetitive and need not be resolved at this juncture, because federal defendants' pending motions to dismiss adequately address the issues raised in

both lawsuits. Additionally, should the Court dispose of the above-reference matters there will be no need to respond to plaintiff's motions.

5. Because plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion. Undersigned counsel, therefore, has not obtained his position as to the relief requested.[1]

6. Accordingly, federal defendants respectfully request to stay all filings in response to plaintiff's pending motions, until such time that the Court as rendered its decisions on the dispostive motions. A proposed Order accompanies this motion.

        Respectfully submitted,

        _____
        JEFFREY A. TAYLOR, D.C. Bar # 498610
        United States Attorney

        _____/s/_____
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        _____/s/_____
        MERCEDEH MOMENI
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 305-4851

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | |
| v.    ) | Civil Action No. 06-0664 (PLF) |
| ) | Civil Action No. 06-1314 (PLF) |
| **District of Columbia et al.,** ) | ECF |
| ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## ORDER

UPON CONSIDERATION of federal defendants' Motion to Stay all Filings and any opposition thereto, and the entire record in this case, it is hereby

ORDERED that federal defendants need not respond to any of plaintiff's filing until after this Court rules on the dispostive motions in the above-referenced matters.


Dated: _____                    _____
                                            UNITED STATES DISTRICT COURT


Copies to:
Johnny Ray Chandler, Sr.
R11977-007
Petersburg Federal Correctional Center
Medium
P.O. Box 90043
Petersburg, VA  23804

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of May, 2007, I caused the foregoing *Federal Defendants' Motion to Stay all Filings* to be served on *pro se* Petitioner, postage prepaid, addressed as follows:

**JOHNNY RAY CHANDLER, SR.**
**R11977-007**
**PETERSBURG FEDERAL CORRECTIONAL CENTER**
**Medium**
**P.O. Box 90043**
**Petersburg, VA  23804**

          /s/
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)