United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.,
    Plaintiff,
V.    Civil Action No. 06-cv-1314(P.L.F)

Matthew Kiely, et al
    Defendants.

RECEIVED
JUN 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Plaintiffs' Request for Leave to file Complaint

Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the standing Order of Judge, Gladys Kessler in Civil Action Case No. 95-2366, I hereby make the following certification.

### Certificate of Claim

I Plaintiff, Johnny Ray Chandler, Sr. under penalty of perjury. Hereby certify to the best of my knowledge that the following statements are true and correct.

1.

1. The pending Complaint is not frivolous or harrassing

2. The pending Complaint has never before been raised or disposed of on it merits, in any Court.

3. The pending Complaint does not fail to state a claim upon which relief may be granted.

Wherefore, being that Plaintiff has complied with the Courts Order in 95-2366(G.K.), Plaintiff respectfully moves this Court to allow this claim to proceed and go through the full and complete litigation process.

Respectfully Submitted,

Johnny Ray Chandler

Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion for leave to file Complaint and the Certificate of Service, were mailed U.S. First Class Mail, postage prepaid on this 30th day of May, 2007 TO:

CC: Mr. Mercedeh Momeni
Asst. United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Respectfully Submitted,

Johnny Ray Chandler, Sr.