UNITED STATES DISTRICT COURT
for the District of Columbia

CIVIL DIVISION

**RECEIVED**

JUL 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Johnny Ray Chandler, Sr.     :
        Plaintiff,            :
        V.                       : Civil Action No. 06-cv-1314(P.L.F.)
Matthew Kiely, et al.,       :
        Defendants.          :

## PLAINTIFFS' MOTION TO PRODUCE EVIDENCE

Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the Fed. R. Civ. Pro. and the Rules of this Court. Proceeding Pro-Se. Respectfully moves this Court to accept into the Record, the following evidence.

In support of this Motion. Plaintiff referrs this Honorable Court to the following Memorandum of Points and Authorities.

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*
Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804-9003

1.

UNITED STATES DISTRICT COURT
for the District of Columbia

CIVIL DIVISION

Johnny Ray Chandler, Sr.,

    Plaintiff,

V.

                                Civil Action No. 06-cv-1314(P.L.F.)

Matthew Kiely, et al.,

    Defendants.

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO PRODUCE EVIDENCE

Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the Fed R. Civ. Pro. and the Rules of this Court. Respectfully moves this Court to accept the following evidence as proof of a Contractual Agreement.

A.                                 **INTRODUCTION**

This Complaint was initially filed in the Superior Court of the District Of Columbia. This Complaint was filed for Breach of Contract. In the Defendants pending Motion. They alleged that Plaintiff did not enter into a Contract with the Federal Defendants.

As proof that Plaintiff was in a binding Contractual Agreement with the Defendants. Plaintiff referrs this Court to Exhibit A.

As this Court will see. The Agreement has an effective Date and it has an ending Date. But, as Plaintiff stated in his Initial Complaint. The Defendants (Mr. Gregory Campos and Mr. Matthew Kiely) refussed to remove the G.P.S. as agreeded to in the Contract.

2.

Wherefore, in the interest of Justice. Plaintiff respectfully moves this Honorable Court to accept the following evidence.

Respectfully Submitted,
*Johnny Ray Chandler, Sr.*
Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804-9003

## CERTIFICATE OF SERVICE

I, Plaintiff, Johnny Ray Chandler, Sr. Hereby certify that a true and correct copy of the foregoing Motion To Produce Evidence, the Exhibit and the Certificate Of Service were mailed, U.S. First Class Mail, postage pre-paid. On this 25th day of July, 2007 TO :

CC : Mr Mercedeh Momeni
Asst. United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Respectfully Submitted,
*Johnny Ray Chandler, Sr.*
Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804-9003

3.

UNITED STATES DISTRICT COURT
for the District Of Columbia

CIVIL DIVISION

Johnny Ray Chandler, Sr., :
      Plaintiff, :
      V. : Civil Action No. 06-cv-1314(P.L.F.)
Matthew Kiely, et al., :
      Defendants. :

### ORDER

Upon consideration of the Motion filed by the Plaintiff. It is hereby ORDERED by this Court that the evidence that was presented by the Plaintiff is and will be accepted.

Signed on this _____ day of _____, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

Veritracks - Satellite Tracking of People LLC

Page 1 of 2

Exhibit A.



Satellite Tracking
of People LLC

## GPS Monitoring
## Offender Profile Report

**Johnny Chandler**

| | |
|---|---|
| Device Id: B00454 | Bracelet Id: (none assigned) |
| Agency Id: 258-816 | CI & I Number: 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 |
| Height: 5' 7 | Weight: 147 |
| Hair Color: BLACK | Eye Color: BROWN |
| Gender: MALE | Race: BLACK |
| Birth Date: 11/11/1953 | |
| Home Address: 6015 8TH STREET NW ARLINGTON, DC 20011 | Agent/Officer: GREGORY CAMPOS |
| Home Phone: | Agent Phone: 202-585-7434 |
| Work Address: 600 N. GLEBE ROAD ARLINGTON, VA 22203 | Make/Model: |
| | Year/Color: |
| Work Phone: 540-717-3482 | Plate Number: |
| GPS Start Date: 4/21/2006 | GPS End Date: 6/20/2006 |

**Signatures**

The following rules apply to the Global Positioning Satellite System (GPS) Electronic Monitoring (EM) Equipment. Failure to comply with the following conditions would constitute a violation of your parole/probation/supervised release and subject you to possible revocation.

1. You will wear an ankle bracelet at all times and will not remove the bracelet yourself for any reason.

2. You will charge the GPS equipment twice daily for a minimum of 30 minutes each time.

3. You will respond to any and all efforts to communicate with you initiated by your Supervisory Officer or other representative of this agency.

4. You will report any perceived defects, damage or malfunctions of the equipment immediately to your Supervisory Officer or other representative of this agency.

5. You will return the GPS equipment in good working order once this agency determines that it is time for you to be removed from the system.

6. You will allow any representative of this agency to inspect the equipment assigned to you upon request.

7. You are responsible for the care of the equipment issued to you. You may be held financially responsible for any malicious damage to the equipment and be criminally prosecuted for equipment theft.

**OTHER INSTRUCTIONS**

1. You understand that all movement will be tracked and stored as an official record.

2. You will follow all established home, work, etc. rules. Deviation from your schedule and/or approved travel routes is a violation.

3. You will not enter areas that are defined as off limits.

4. You will notify your Community Supervision Officer of all court proceedings and the outcomes of such proceedings while you are being electronically monitored.

The rules of the Electronic Monitoring Program have been provided to me. I fully understand what is expected of me, and the possible consequences of my failure to comply with these rules.

My signature confirms the above, as well as my receipt of the Electronic Monitoring Equipment.

| Participant Name | Participant Signature | Date |
|---|---|---|
| Johnny Chandler | Johnny Chandler under protest | 5/31/06 |
| Supervisor Name | Supervisor Signature | Date |
| Gregory Compos | Bryan Compos / MB | 5/31/06 |