United States District Court
for the District of Columbia

Johnny Ray Chandler, Sr.,

    Plaintiff,

V.

Anthony Williams, et al.,
Matthew Kiely, et al.,

    Defendants.

RECEIVED
SEP - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiffs' Notice of Address Change

Comes now plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, Pursuant to the Fed. R. Civil Pro. and the Rules of this Honorable Court, Hereby respectfully files this Notice of Address Change.

1.

On August 9, 2007, by Order of the F.B.O.P. (Federal Bureau of Prison), Plaintiff, Johnny Ray Chandler was transferred to the Allenwood, U.S.P. (Penitentiary) in White Deer, Pa. Plaintiff's new address is:

> U.S.P. Allenwood
> P.O. Box 3500
> White Deer, Pa. 17887
> Ph. No. (570) 547-0963

Wherefore, any and all future Orders or Rulings by the Court, can be sent to Plaintiff at the above address.

Respectfull Submitted

Johnny Ray Chandler

2.

Certificate of Service

I Plaintiff Johnny Ray Chandler Hereby certifies that a true and correct copy of the foregoing Notice of Address Change. Was mailed, U.S. First Class Mail, postage prepaid on this 16th day of August, 2007, TO:

CC: Mr. Mercedeh Momeni
    Asst. U.S. Attorney
    555 4th Street, N.W.
    Civil Division
    Washington, D.C. 20530

Respectfully Submitted,

Johnny Ray Chandler
Reg. No. A977-007



3.