United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.,

    Plaintiff,

V.  Case No. 06-CV-1314 (P.L.F.)

Matthew Kiely, et al.,

    Defendants.

Plaintiffs' Request To Amend Complaint and Supplement The Pleadings

Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro Se, Pursuant to Fed. R. Civ. Pro. 15 and the Rules of this Court, Respectfully moves this Honorable Court to Grant him Leave to Amend the above Complaint.

In support of this Motion, Plaintiff refers this Court to the following Memorandum of Points and Authorities.

        Johnny Ray Chandler, Plaintiff, Pro Se

RECEIVED
FEB 13 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
For the District of Colum

Civil Division

Johnny Ray Chandler, Sr.,

Plaintiff,

V. Civil Action No. 06-CV-1314 (P.L.F.)

Matthew Kiely, et al

Defendants

Plaintiffs' Memorandum of Points and Authorities In support of his Request for Leave to Amend his Complaint.

Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, Hereby moves this Court to Grant him Leave to Amend the above Complaint to include the Tort of Harassment.

A.                    ARGUMENT

Back in early 2006, While on Parole in the

District of Columbia, Mr. Gregory Campos, C.S.O with the approval of this Supervisor, Mr. Matthew Kiely, S.C.S.O, Placed this Plaintiff on a 7: P.M. Curfew. This constitutes as harassment because, there was no justifiable reason or probable cause for me to have been put on a 7: P.M. Curfew. I was not and have not used any type of illegal drug. Also, I had not been accussed of or alleged to have committed any criminal activity. Therefore, the act of placing this Plaintiff on a 7: P.M. Curfew. was done as a malicious act of harassment. Furthermore, as further proof. The Youth of the District of Columbia were given a 12 mid night Curfew. At the time of this action, I, plaintiff was 52 yrs. old.

Moreover, plaintiff has Filed a Tort Claim with the General Counsel for the Court Service and Offender Supervision Agency. (See exhibit A.)

Wherefore, in the interest of Justice. Plaintiff respectfully moves this Court to Grant him Leave to Amend the above Complaint to include the Tort of Harrassment.

Respectfully Submitted,

Johnny Ray Chandler, Plaintiff Pro-Se
Reg. No. 10977-007
U.S.P. Allenwood, P.O. Box 3000
White Deer, Pa. 17887

## Certificate of Service

I plaintiff, Johnny Ray Chandler, Sr. Hereby Certify that a true and correct copy of the foregoing Motion for Leave to Amend the Complaint, the Exhibit, and the Certificate of Service. Were mailed U.S. First Class Mail, postage prepaid on this 6th day of February, 2008; To

CC: Mr. Mercedeh Momeni
Asst. U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Respectfully Submitted,

Johnny Ray Chandler, Sr.
11977-087
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pa. 17887

Exhibit A

# CLAIM FOR DAMAGE, INJURY, OR DEATH

INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM A? OMB NO. 1105-0008

**1. Submit To Appropriate Federal Agency:**
Court Services and Offender Supervision Agency for the District of Columbia

**2. Name, Address of claimant and claimant's personal representative, if any** (See Instructions on reverse.) (Number, street, city, State and Zip Code)
Johnny Ray Chandler, Sr. 11977-007
U.S.P. Allenwood, P.O. Box 3000
White Deer Pa, 17887

**3. TYPE OF EMPLOYMENT**
☐ MILITARY ☒ CIVILIAN

**4. DATE OF BIRTH**
11-11-57

**5. MARITAL STATUS**
Single

**6. DATE AND DAY OF ACCIDENT**
2006 \ March approx.

**7. TIME (A.M.) OR P.M.**
9:00

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

## PROPERTY DAMAGE

**9. NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT** (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

## PERSONAL INJURY/WRONGFUL DEATH

**10. STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.**
This claim is against C.S.O.S.A. and two (2) of it's employees Mr. Matthew Kiely, S.C.S.O. and Mr. Gregory Campos, C.S.O. for the Tort of Malicious Harrassment. Back

## WITNESSES

**11.**
| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Mr. Nazim A. Karriem 6015 8th Street, N.W. Washington, DC 20011 | 6015 8th Street, N.W. Washington, D.C. 20011 |

## AMOUNT OF CLAIM (in dollars)

**12.** (See instructions on reverse)
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| | $50,000.00 | | $50,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

**13a. SIGNATURE OF CLAIMANT** (See instructions on reverse side.)
Johnny Ray Chandler, Sr.

**13b. Phone number of signatory**

**14. DATE OF CLAIM**
1-6-08

CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM
The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.)

CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS
Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.)

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-8 PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

Johnny Ray Chandl
Reg. No. 11977-007

## Tort Claim Continued

In March of 2006, While on Parole in the Dist. of Columbia, Mr. Gregory Campos, C.S.O. with the approval of his immediate Supervisor, Mr. Matthew Kirby, S.C.S.O., placed me on a 7 P.M. Curfew. This constitutes as harrassment because, there was no justifiable reason or probable cause for me to have been placed on a 7 p.m. Curfew. I was not using any drugs and I was not committing nor had I been accussed of committing any Criminal activities. Therefore, there was no reason to put me on a 7 P.M. Curfew.