United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.,

    Plaintiff,

    V.  Civil Action No. 06-CV-1314 (P.L.F.)

Matthew Kiely, et al.,

Plaintiffs' Request for Leave to Amend Complaint
and Supplement the Pleadings

    Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro Se. Respectfully moves this Honorable Court to Grant me Leave, pursuant to Rule 15(b)(2) of the Fed. R. Civ. Pro.

    In support of this Motion, Plaintiff refers this Court to the following Memorandum of Points and Authorities.

Respectfully Submitted,
Johnny Ray Chandler

United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler Sr.

    Plaintiff

    V.    Civil Action No. 06-CV-1314 (P.L.F.)

Matthew Kiely, et al.,

    Defendants.

Plaintiffs' Memorandum of Points and Authorities in support of his Request for Leave to Amend his Complaint and Supplement the Pleadings

    Plaintiff, Johnny Ray Chandler, Sr, Proceeding Pro Se, Respectfully moves this Court to Grant him Leave to Amend the above Claim.

    In this Amendment to the above Claim, Plaintiff would like to add a Fourteenth Amendment Liberty Interest Violation.

2.

A. Back Ground

On June 3, 2005. Plaintiff was released from prison, and placed on Parole in the District of Columbia. I was initially released on General Supervision. Then in December, by Order of the U.S.P.C, my Supervision was inhanced to Maximum Supervision (Without Due Process of Law). Then on or about March of 2006, my Parole Officer, Mr. Gregory Campos and his immediate Supervisor, Mr. Matthew Kiely put me on a 7:P.M. Curfew. That Curfew violated my Liberty Interest (Freedom from Restraints) under the fourteenth Amendment.

B. ARGUMENT

Under the Liberty Interest Provision under the fourteenth Amendment. Plaintiff is afforded Freedom from restraints.

Due Process liberty interest will be generally limited to Freedom from restraints, non-the-less imposes atypical and significant hardship on inmates in relation to ordinary incidents of prison life. U.S.C.A. Const. Amend. 14., Sandin v. Conner, 515 U.S. 472, 115 S.Ct. 2293.

3.

Here, in this Amendment, The Curfew that was imposed by defendants, Campos, C.S.O. and Kiely, S.C.S.O. imposed an atypical and significant hardship on Plaintiff (Parolee) in relation to ordinary incidents of free society. Whereby creating a Protected Liberty Interest, In free society, without the implication of a 7:P.M. Curfew, I, Plaintiff would be allowed to freely socialize with my family and friends, Attend family gatherings, attend parties and Dinner outings and go to the movies. Those are activities in relation to ordinary incidents of free Society.

Wherefore, in the interest of Justice, I, Plaintiff, Johnny Ray Chandler, Sr., Respectfully move this Court to Grant me Leave to Amend the above Claim. To include a violation of my Liberty Interest, under the Fourteenth Amendment of the United States Constitution.

Respectfully Submitted,

Johnny Ray Chandler, Sr.,
Plaintiff, Pro- Se
Reg. No. 11977-007
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pa. 17887

4.

## Certificate of Service

I, hereby certify that a true and correct copy of the foregoing Motion Requesting Leave To Amend Complaint and the Certificate of Service, were mailed, U.S. First Class Mail, Postage, pre-paid on this 12th day of February, 2008,

TO: Ms. Mercedeh Momeni
Asst. U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Respectfully Submitted,

Johnny Ray Chandler
Plaintiff, Pro Se
Reg. No. 11977-007
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pa. 17887