UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JOHNNY RAY CHANDLER, SR.,            )
                                    )
       Plaintiff,                     )
                                    )
    v.                               )   Civil Action No. 06-1314 (PLF)
                                    )
MATTHEW KIELY, *et. al*,             )
                                    )
       Defendants.                    )
                                    )
_____)


### ORDER

For the reasons set forth in the Memorandum Opinion issued this same day, it is hereby

ORDERED that plaintiff's Request for an Extension of Time to Respond and Rebut the Defendant's Motion [19] is DENIED as moot; it is

FURTHER ORDERED that plaintiff's Motion to Produce Evidence [20] is GRANTED; it is

FURTHER ORDERED that plaintiff's Motion to Produce Evidence [28] is GRANTED; it is

FURTHER ORDERED that plaintiff's Request to Amend Complaint and Supplement the Pleadings [29] is DENIED as futile; it is

FURTHER ORDERED that plaintiff's Request for Leave to Amend Complaint and Supplement the Pleadings [30] is DENIED as futile; it is

FURTHER ORDERED that defendant's motion to dismiss for lack of subject

matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure [14] is GRANTED; it is

FURTHER ORDERED that plaintiff's complaint is DISMISSED without prejudice; and it is

FURTHER ORDERED that any other pending motions are DENIED. The Clerk of this Court shall remove Civil Action No. 06-1314 from the docket of this Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 21, 2008