United States District Court
for the District of Columbia

Civil Division

RECEIVED
APR 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Johnny Ray Chandler, Sr.,

    Plaintiff,

    V.   Case No. 06-CV-1314 (P.L.F)

Matthew Kiely, et al.,

    Defendant

Plaintiffs' Notice of Appeal
Writ of Mandamus

This is an Appeal of the dismissal of the above Claim. On March 21, 2008 my claim was dismissed by Judge Paul L. Friedman. I am appealing that Order.

Respectfully Submitted,

Johnny Ray Chandler