United States District Court
for the District of Columbia

Civil Division

RECEIVED
APR 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Johnny Ray Chandler, Sr.,

    Plaintiff/Appellant,

  V.  Case No. 06-CV-1314 (P.L.F.)

Matthew Kiely, et al.,

    Defendants/Appellees.

Plaintiffs' Request for appointment of Counsel or Amicus Curiae

    I am requesting that an Attorney or Amicus Curiae be appointed in the following Appeal to present my issues on appeal. I am indigent and I have no assets to retain counsel. Plus, I am not trained in law and I am not a member of the Bar of this Court.

    Wherefore, in the interest of Justice,

I, respectfully move this Court to appoint an Attorney or Amicus Curiae to represent me in the following Appeal.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Appellant/Plaintiff, Pro Se
Reg. No. 11977-007
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pa. 17887-3000