UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHNNY RAY CHANDLER, SR., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-1314 (PLF) |
| MATTHEW KIELY, *et. al*, | ) | |
| Defendants. | ) | |

ORDER

      Plaintiff moves the Court to appoint counsel to represent him on appeal. This Court has no authority to appoint counsel in proceedings before the United States Court of Appeals for the District of Columbia Circuit. Accordingly, it is hereby

      ORDERED that Plaintiff's Motion for Appointment of Counsel [34] is DENIED.

      SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 1, 2008